IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STANLEY KEE,<br>　　　　Petitioner, | : | CIVIL ACTION |
| v. | : | |
| SECRETARY OF D.O.C.,<br>JEFFERY BEARD, et al.<br>　　　　Respondents. | : | NO. 07-4571 |

## ORDER

AND NOW, this 30th day of December, 2008, upon careful and independent consideration of the petition for Writ of *Habeas Corpus*, and after review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for Writ of *Habeas Corpus* is DENIED with prejudice.

3. There is no probable cause to issue a certificate of appealability.

4. The Clerk of Court shall mark this case closed for statistical purposes.

BY THE COURT:

_____
HARVEY BARTLE, III, J.